**Kim Anthony POLONCZYK,**
**Plaintiff–Appellant**

v.

**Carolyn W. COLVIN, Acting Commissioner; United States Department of Social Security, Defendants–Appellees.**

**No. 13–1579.**

United States Court of Appeals,
Eighth Circuit.

Submitted: June 21, 2013.

Filed: July 17, 2013.

Kim Anthony Polonczyk, Springfield, MO, pro se.

Jeffrey P. Ray, Asst. U.S. Atty., Kansas City, MO (Tammy Dickinson, U.S. Atty., Kristi A. Schmidt, Chief Counsel, Region VII, Soc. Sec. Admin., Jeremiah D. Hayes, Asst. Regional Counsel, on the brief), for appellee.

Before LOKEN, MELLOY, and BENTON, Circuit Judges.

PER CURIAM.

Kim Polonczyk appeals the district court's[1] order dismissing without prejudice his suit under the Federal Tort Claims Act. Having carefully reviewed the record and considered Polonczyk's arguments for reversal, we agree with the district court's reasons for concluding that subject matter jurisdiction was lacking. *See Riley v. United States,* 486 F.3d 1030, 1031 (8th Cir.2007) (de novo review). Accordingly, the judgment is affirmed. *See* 8th Cir. R. 47B. We also deny Polonczyk's pending motions, and we deny as moot Colvin's motion for additional time to respond.

---

1. The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri.